# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:                                                              Case No. 11-70359-SCS
FRANKLIN IRDELL TWIDDY, JR.,                                        Chapter 13
and KIMBERLY ANN TWIDDY,

        Debtors.

## OBJECTION TO MOTION TO SUSPEND THE DEBTORS' CHAPTER 13 PLAN PAYMENTS

COMES NOW R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"), and objects to the Motion to Suspend the Debtors' Chapter 13 Plan Payments. In support of his objection, the Trustee states as follows:

1. Franklin Irdell Twiddy, Jr. and Kimberly Ann Twiddy (the "Debtors") filed a voluntary petition under Chapter 13 of Title 11 of the United States Code in this Court on January 27, 2011. Relief was ordered.

2. On January 28, 2011, the Trustee was appointed in this case and continues to serve in that capacity.

3. On February 3, 2011, the Debtors filed their original plan (the "Plan"), which was confirmed by the Court on March 21, 2011.

4. On May 10, 2013, the Debtors filed a Motion to Suspend Plan Payments (the "Motion to Suspend") for the months of April, 2013, and May 2013, due to extraordinary home

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 Telephone
(757) 333-3434 Facsimile

maintenance expenses.

5. According to the Trustee's records, the Debtors have defaulted on their Chapter 13 Plan Payments and the Debtors are currently one payment in arrears in their Chapter 13 plan payments which total $825.00 calculated through April, 2013.

6. The Motion to Suspend fails to disclose how the Debtors propose to cure the current arrearage of $825.00.

7. In addition, the Debtors' April, 2013, Plan payment has been received and disbursed to the Debtors' creditors.

WHEREFORE, the Trustee prays for such relief as the Court deems appropriate and just and the Trustee prays that the Court schedule a hearing on the Motion to Suspend Chapter 13 Plan Payments.

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee


*/s/ R. Clinton Stackhouse, Jr.*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2013, I will electronically file the foregoing Objection with the Clerk using the CM/ECF system, which will then send electronic notification of such filing to Steve C. Taylor, Esq., counsel for the Debtors, and that a true copy was mailed, first class, postage prepaid to:

Franklin Irdell Twiddy, Jr.
Kimberly Ann Twiddy
6205 Burgage Acres Drive
Suffolk, VA 23435

*/s/ R. Clinton Stackhouse, Jr.*